## Commonwealth *v.* Franklin, Appellant.

Submitted June 12, 1967. *James Howard Franklin,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Glover, Appellant.

Submitted June 12, 1967. *William A. Glover,* appellant, in propria persona; *David Katz* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.